UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN DOE,

    **Plaintiff,**

v.                                                   Civil Action 2:20-cv-4972
                                                      Judge Michael H. Watson
KENYON COLLEGE,                      Magistrate Judge Chelsey M. Vascura

    **Defendant.**

## ORDER

On June 17, 2021, this Court ordered Defendant to provide notice to non-party students whose records have been requested in discovery pursuant to the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g and 34 C.F.R. § 99.3.  (ECF No. 31.)  Any students objecting to the production of documents were instructed to set forth the basis for their objection in writing and to submit it to the Clerk of Court.  (*Id.*)  The Court now further **ORDERS** that any written objections made pursuant to the June 17, 2021 Order shall be **FILED UNDER SEAL**, such that only Court staff, the parties to the litigation, and their counsel shall have access to them on the docket.  Original copies of the written objections shall reside permanently in the Clerk's office's records, but the public shall not have access to them.  The parties are **ORDERED** to treat such objections as "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" pursuant to the February 1, 2021 Stipulated Protective Order (ECF No. 20).

    **IT IS SO ORDERED.**

                                                                  /s/ *Chelsey M. Vascura*
                                                                  CHELSEY M. VASCURA
                                                                  UNITED STATES MAGISTRATE JUDGE