# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JOHN DOE,

    **Plaintiff,**

  v.                                              Civil Action 2:20-cv-4972
                                                  Judge Michael H. Watson
KENYON COLLEGE,                 Magistrate Judge Chelsey M. Vascura

    **Defendant.**

## ORDER

This matter came before the Court for a telephonic discovery conference on June 24, 2021. All parties were represented by counsel. This Order memorializes the result of that conference.

The parties requested the conference to address a number of discovery disputes. During the conference, the undersigned ruled as follows:

(1) Records of Plaintiff's mental health treatment providers are protected by the psychotherapist-patient privilege, which Plaintiff has not waived by disclosing the fact of his treatment and the identity of his treatment providers;

(2) Plaintiff must produce whatever documents he currently has in his possession supporting his claim for damages (including college transcripts), but the parties understand that the bulk of support for Plaintiff's damages claims will be provided in the form of a forthcoming expert report and supporting documentation; and

(3) The parties have not yet reached impasse as to the relevant time period for Defendant's document production, and the undersigned **DIRECTS** the parties to further meet and confer and request another conference if impasse is reached.

    IT IS SO ORDERED.

                                                                     /s/ *Chelsey M. Vascura*
                                                                       CHELSEY M. VASCURA
                                                                       UNITED STATES MAGISTRATE JUDGE