UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| John Doe, | : |
|       Plaintiff, | : Case No. 2:20-cv-4972 |
| v. | : Judge Michael H. Watson |
| Kenyon College, | : Magistrate Judge Chelsey M. Vascura |
|       Defendant. | : |

## NOTICE OF WITHDRAWAL OF CO-COUNSEL

Now comes Attorney Lindsey A. Roberts, of the law firm Bricker & Eckler LLP, and hereby gives notice of withdrawal as co-counsel for Defendant Kenyon College in the above-captioned case. Attorneys Joshua D. Nolan and Erin E. Butcher, of Bricker & Eckler LLP, will continue representing Kenyon in this matter.

Respectfully submitted,

*/s/ Lindsey A. Roberts*
Lindsey A. Roberts  (0096979)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, Ohio  43215
(614) 227-2300
(614) 227-2390  (facsimile)
lroberts@bricker.com

*Counsel for Defendant Kenyon College*

16927128v1

2

**CERTIFICATE OF SERVICE**

      I certify that on the 10th day of September, 2021, the foregoing document was filed using the Court's electronic filing system, which shall send notifications of this filing to all counsel of record.

                                              */s/ Lindsey A. Roberts*
                                              Lindsey A. Roberts (0096979)