**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| JOHN DOE, | : |
|     Plaintiff, | : CASE NO. 2:20-cv-04972 |
| v. | : JUDGE MICHAEL H. WATSON |
| | : MAGISTRATE JUDGE CHELSEY M. VASCURA |
| KENYON COLLEGE, | : |
|     Defendant. | : |

**NOTICE OF DEPOSITION OF JOHN DOE**

Now comes Defendant, by and through counsel, and hereby gives notice that on October 22, 2021, Defendant will conduct the deposition of Plaintiff John Doe.  The deposition shall be taken at Barkley Court Reporters, 201 California Street, Suite 375, San Francisco, CA 94111. Such deposition shall commence at 9:00 a.m. and shall continue from day to day until completed. The deposition shall be audiovisual recorded and conducted before a qualified court reporter/stenographer.

    Respectfully submitted,

    /s/ *Erin E. Butcher*
    JOSHUA D. NOLAN* (0084592)
       *Trial Attorney*
    Bricker & Eckler LLP
    1001 Lakeside Avenue E.
    Cleveland, Ohio 44114
    (216) 523-5405
    (216) 523-7071 (facsimile)
    jnolan@bricker.com

    ERIN E. BUTCHER (0087278)
    Bricker & Eckler LLP
    100 S. Third Street
    Columbus, Ohio 43215
    (614) 227-2300
    ebutcher@bricker.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2021, a copy of the foregoing document was electronically filed with the Court's CM/ECF system, which will provide notice to all counsel of record.

/s/ *Erin E. Butcher*
ERIN E. BUTCHER (0087278)

16947714v1