UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN DOE,**

    **Plaintiff,**

  v.                                        Civil Action 2:20-cv-4972
                                                Judge Michael H. Watson
                                                Magistrate Judge Chelsey M. Vascura

**KENYON COLLEGE,**

    **Defendant.**

## ORDER

This matter is before the Court on the parties' Joint Motion to Reset Motion and Discovery Deadlines (ECF No. 66). For good cause shown, the Motion is **GRANTED**. The case schedule is modified as follows:

- Plaintiff's response to Defendant's Motion for Judgment on the Pleadings (ECF No. 53) shall be filed by **November 5, 2021**;

- Defendant's reply in support of its Motion for Judgment on the Pleadings shall be filed by **November 19, 2021**;

- All fact discovery shall be completed by **December 10, 2021**;

- Primary expert reports shall be served by **January 10, 2022**;

- Rebuttal expert reports shall be served by **February 10, 2022**; and

- Case dispositive motions shall be filed by **March 21, 2022**.

    IT IS SO ORDERED.

                                                                  /s/ *Chelsey M. Vascura*
                                                                   CHELSEY M. VASCURA
                                                                   UNITED STATES MAGISTRATE JUDGE