UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN DOE,**

    **Plaintiff,**

    v.                                        Civil Action 2:20-cv-4972
                                              Judge Michael H. Watson
                                              Magistrate Judge Chelsey M. Vascura

**KENYON COLLEGE,**

    **Defendant.**

## ORDER

On December 3, 2021, the parties informed the Court that they have reached a settlement. The parties are **ORDERED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE JANUARY 3, 2022,** unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.  The Clerk is **DIRECTED** to administratively close the case.

    **IT IS SO ORDERED.**

                                                          /s/ *Chelsey M. Vascura*
                                                          CHELSEY M. VASCURA
                                                          UNITED STATES MAGISTRATE JUDGE