# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | : | CIVIL ACTION |
| Plaintiff, | : | No. 2:20-cv-04972 |
| v. | : | Judge Michael H. Watson |
| KENYON COLLEGE, | : | Magistrate Judge Chelsey M. Vascura |
| Defendant. | : | |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) the undersigned parties hereby stipulate to Plaintiff's voluntary dismissal of all claims asserted in the above-captioned action against Defendant Kenyon College, with prejudice, and without costs to any party.

**KENYON COLLEGE**

*/s/ Joshua D. Nolan*
Joshua D. Nolan (0084592)
*Lead Counsel*
Bricker & Eckler LLP
1001 Lakeside Avenue East
Suite 1350
Cleveland, OH 44114
Phone: (216) 523-5405
Email: jnolan@bricker.com

Erin E. Butcher (0087278)
Bricker & Eckler LLP
100 S. Third Street
Columbus, OH 43215
Phone: (614) 227-2303
Email: ebutcher@bricker.com

*Counsel for Defendant*

**JOHN DOE**

*/s/ Andrew S. Gallinaro*
Patricia M. Hamill
Andrew S. Gallinaro
CONRAD O'BRIEN PC
1500 Market Street, Centre Square
West Tower, Suite 3900
Philadelphia, PA 19102
Tel: (215) 864-9600
Email: phamill@conradobrien.com
       agallinaro@conradobrien.com

Rex H. Elliott (0054054)
C. Benjamin Cooper (0093103)
Cooper & Elliott, LLC
305 Nationwide Boulevard
Columbus, Ohio 43215
Phone: (614) 482-4089
Email: rexe@cooperelliot.com
       benc@cooperelliot.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Andrew S. Gallinaro, Esquire, hereby certify that I cause a true and correct copy of the foregoing to be electronically filed pursuant to the Court's electronic filing system, and that the document is available for downloading and viewing by the following from the Court's electronic filing system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

        */s/ Andrew S. Gallinaro*
        Andrew S. Gallinaro, Esquire

Dated:  January 3, 2022